**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------X    Chapter 13
**In Re:**

    **EDITH A. BERRY,**    Case No.: 10-

        **Debtor(s)**    **CHAPTER 13 PLAN**
--------------------------------------------------------X

    1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee, and the Debtor(s) shall pay to the Trustee, inclusive of Trustee fees, for a total of Sixty (60) months, the sum of:

**$ 250.00** commencing **December, 2010** through and including **November, 2015** for a period of 60 months;

    2. From the payments so received, the Trustee shall make disbursements as follows:

        a)    Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507:

            Law Office of Vincent Cuocci, P.C. -$2,500.00 (Legal Services)

        b)    Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

**UNLESS OTHERWISE SPECIFIED, ALL POST-PETITION PAYMENTS TO BE MADE OUTSIDE THE PLAN BY THE DEBTORS (INCLUDING BUT NOT LIMITED TO MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES AND INCOME TAXES)**

(i) With respect to the Real Property located at 131-79 Francis Lewis Blvd., Laurelton, NY – Vericrest (1st Mortgagee – Loan Ending #1543) is to be paid pre-petition arrears of **$5,000.00** plus 0% interest over the life of the plan.

(ii) With respect to the Real Property located at 131-79 Francis Lewis Blvd., Laurelton, NY – Chase Home Finance (2nd Mortgagee – Loan Ending #2959) this mortgage is completely unsecured and said creditor shall be paid as a general unsecured claim under paragraph 2(c) below, with any sums remaining due as of the discharge date to be discharged and the mortgage removed of record against said property. No post-petition or adequate protection payments will otherwise be made with respect to this debt.

        c)    Subsequently or concurrently with distribution to secured creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: **PRO RATA distribution to all timely filed proofs of claim.**

    3. All lease agreements are hereby assumed, unless specifically rejected as follows: **None rejected.**

    4. While this case is pending, if unsecured creditors are paid pursuant to paragraph 2(c), <u>less than one hundred percent (100%)</u>, the Debtor(s) shall provide the Trustee with signed copies of filed federal and state tax returns for each year no later than May 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

    5. Title to the Debtor(s) property shall revest in the Debtor(s) upon completion of the plan or dismissal of the case, <u>unless otherwise provided in the Order confirming this plan</u>. Throughout the term of this plan, the Debtor(s) will not incur post-petition debt over $1,500.00 without written consent of the Trustee or the Court.

 /s/ Edith A. Berry_____
Edith A. Berry, Debtor

Dated: November 23, 2010        LAW OFFICE OF VINCENT CUOCCI, P.C.

                      By:    /s/ Vincent Cuocci_____
                              Vincent Cuocci, Esq. - Debtor's Attorney